NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

ROBERT HASH, GERLENE HASH,
WILLIAM DON LAKEY, AND NANCY HAWKINS,
*Plaintiffs-Appellees,*

v.

UNITED STATES,
*Defendant-Appellant.*

---

2012-1453

---

Appeal from the United States District Court for the District of Idaho in consolidated case nos. 99-CV-0324 and 99-CV-0603, Judge Mikel H. Williams.

---

## ON MOTION

---

## ORDER

The United States moves to dismiss its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

__AUG 2 2 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Cecilia Fex, Esq.
     Robert P. Stockman, Esq.

s21

Issued As A Mandate:   __AUG 2 2 2012__

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 2 2012

JAN HORBALY
CLERK